**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 8-18-77472-ast |
| Diane E. Carman, | CHAPTER 13 |
|     Debtor. | |
| _____/ | |

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Quest Trust 2005-X2, Asset Backed Certificates, Series 2005-X2 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE #2), and states as follows:

1. Debtor, Diane E. Carman ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on November 6, 2018.

2. Secured Creditor holds a security interest in the Debtor's real property located at 85 Brower Avenue, Woodmere, NY 11598, by virtue of a Mortgage recorded on July 5, 2005 in Book M 29033, at Page 363 of the Public Records of Nassau County, NY. Said Mortgage secures a Note in the amount of $120,100.00.

3. The Debtor filed a Chapter 13 Plan on November 6, 2018.

4. Debtor's Plan evidences an intent to seek a mortgage modification with Secured Creditor. However, the assigned jude, the Hon. Alan S. Trust does not participate in the Bankruptcy Loss Mitigation program. Therefore, Debtor must pursue a Loan Modification directly with the Secured Creditor.

5. Furthermore, the Plan proposes to make adequate protection payments to the Chapter 13 Trustee in the amount of $2,550.00. With the Court not supervising a loss mitigation process, the current monthly payments or adequate protection payments should not be delivered to the Trustee, but rather should be paid directly to the Secured Creditor.

6. The Plan includes payments toward the Note and Mortgage with Secured Creditor; however, the figures used by the Debtor are inaccurate. It is anticipated that Secured

Creditor's claim will show the pre-petition arrearage due Secured Creditor is $233,610.45, whereas the Plan reflects the amount at $231,250.56. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Absent a concluded permanent loan modification, Secured Creditor objects to any plan which proposes to pay it anything less than $233,610.45 as the pre-petition arrearage over the life of the plan.

7. Thus far, a loan modification has not been offered or approved. Debtor is obligated to fund a Plan which is feasible to cure the arrears due to the objecting creditor within a reasonable time pursuant to 11 U.S.C § 1322(b)(5). Therefore, in the event that any loss mitigation efforts are not successful, the plan fails to satisfy the confirmation requirements of 11 U.S.C § 1325(a)(1).

8. The Plan does not appear feasible as it proposes insufficient payments to the Chapter 13 Trustee. The Plan intends to make a total payment of $153,000.00 to the Trustee over a 60-month term. This amount is insufficient to cure Debtor's prepetition arrears of $233,610.45 in the event a loan modification is not completed. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(3) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Dated December 3, 2018

                RAS Boriskin, LLC
                Attorney for Secured Creditor
                900 Merchants Concourse, Suite 310
                Westbury, NY 11590
                Telephone: 516-280-7675
                Facsimile: 516-280-7674

                By: /s/Kevin Toole
                Kevin Toole, Esquire
                Email: ktoole@rascrane.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 3, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT H SOLOMON
24 EAST PARK AVENUE, SUITE 200
POB 58
LONG BEACH, NY  11561

DIANE E. CARMAN
85 BROWER AVE
WOODMERE, NY  11598

MARIANNE DEROSA
STANDING CHAPTER 13 TRUSTEE
125 JERICHO TPKE
SUITE 105
JERICHO, NY  11753

U.S. TRUSTEE
560 FEDERAL PLAZA - ROOM 560
CENTRAL ISLIP, NY  11722-4437


RAS Boriskin, LLC
Attorney for Secured Creditor
900 Merchants Concourse, Suite 310
Westbury, NY 11590
Telephone: 516-280-7675
Facsimile: 516-280-7674

By: /s/Kevin Toole
Kevin Toole, Esquire
Email: ktoole@rascrane.com