# Robert H. Solomon, P.C.
### Attorneys at Law

24 East Park Avenue
Long Beach, New York 11561-3504
(T) 516-432-1622
(F) 516-432-1713
E-mail: rob@solomonlawyer.com

Robert H. Solomon, Esq.

June 3, 2019

Hon. Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

      **Re:**   **Diane E. Carman, Debtor**
             **Case No. 18-77472**
             **Premises: 85 Brower Avenue, Woodmere, New York 11598**
             **Acct. No. 4277**
             **Loss Mitigation**

Dear Judge Trust:

    This letter shall serve as an update on the status of the Loss Mitigation with Ocwen Home Mortgage. On April 10, 2019 the Debtor was approved for a trial modification for the period May 1, 2019 – July 1, 2019, with a payment of $3,090.78. Debtor is currently in the trial modification period and has made the first two trial payments.

                                            Cordially,

                                            Robert H. Solomon

RHS/jr



