**Fill in this information to identify the case:**

Debtor 1  Diane E. Carman

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of NEW YORK

Case number 8-18-77472-ast

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., QUEST TRUST 2005-X2, ASSET BACKED CERTIFICATES, SERIES 2005-X2

**Court claim no**. (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 4277

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: _____

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| # | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 01/03/2019 (POC--Payment History) | (5) | $750.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Objection to Confirmation | 12/03/2018 | (11) | $500.00 |
| 12 | Other. Specify: Plan Review Fee | 11/26/2018 | (12) | $150.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

**Part 2:    Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Stephani A. Schendlinger</u>       Date  <u>April 23, 2019</u>

   Signature

| | | | |
|---|---|---|---|
| Print | <u>Stephani A. Schendlinger</u><br>First Name    Middle Name    Last Name | Title | <u>Bankruptcy Attorney</u> |
| Company | <u>RAS Boriskin, LLC</u> | | |
| Address | <u>900 Merchants Concourse, Suite 310</u><br>Number    Street | | |
| | <u>Westbury, NY 11590</u><br>City    State    ZIP Code | | |
| Contact Phone | <u>516-280-7675</u> | Email | <u>sschendlinger@rasboriskin.</u>com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on __April 23, 2019_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Robert H Solomon
24 East Park Avenue, Suite 200
POB 58
Long Beach, NY 11561

Diane E. Carman
85 Brower Avenue
Woodmere, NY 11598

Marianne DeRosa
Office of the Chapter 13 Trustee
100 Jericho Quadrangle
Suite 127
Jericho, NY 11753

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

 

RAS Boriskin, LLC
Authorized Agent for Secured Creditor
900 Merchants Concourse, Suite 310
Westbury, NY 11590
Telephone: 516-280-7675
Facsimile: 516-280-7674

By: /s/ Alexis Van Zilen
    Alexis Van Zilen
    avzilen@rascrane.com

# Invoice # ███████

**INVOICE DATE:** 01/07/2019

**Invoice Submitted By:**
Robertson Anschutz and Schneid PL - Robertson Anschutz and Schneid PL
6409
Congress Avenue Suite 100
Boca Raton FL 33487
561-414-9415
Vendor ID # ███████

**Order Information:**
Order #: ███████████████████
Order Date: 12/25/2018
Order Type: Misc. BK- Miscellaneous Referral
Loan #: ██████4277
Property Address: 85 Brower Ave, Woodmere, NY 11598

**Invoice Submitted To:**
Ocwen Loan Servicing,
1661 Worthington Rd. Suite 100,
West Palm Beach, FL 33409
561-682-8000

**Payment Information:**
Confirmation #: ███████
Method: ACH
Payment Date: 01/30/2019

| LINE # | EXPENSE CODE | CATEGORY CODE | DESCRIPTION | SERVICE DATE | AMOUNT |
|---|---|---|---|---|---|
| 1 | FB42 | FB4201 | Proof of Claim-(Recoverable from Borrower) | 01/03/2019 | $500.00 |
| 2 | FB42 | FB4226 | Payment History Review Fee (Recoverable from Borrower) | 01/03/2019 | $250.00 |
| | | | | **Total:** | $750.00 |

rt Bankruptcy Proof of Claim (recoverable) Bankruptcy Proof of Claim - Part 5 (410A) Proof of Claim a     We are entitled to recover the fees for a proof of claim pursuant to the language in the loan documents. AP

Invoice management powered by: 

04/15/2019 12:17:22 UTC Status: Approved

# Invoice # ▇▇▇▇▇▇▇

**INVOICE DATE:** 12/07/2018

**Invoice Submitted By:**
RAS Boriskin LLC - RAS Boriskin LLC
6409
Congress Ave Suite 100
Boca Raton FL 33487
516-280-7675
Vendor ID # ▇▇▇▇▇▇▇

**Order Information:**
Order #: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Order Date: 11/08/2018
Order Type: Reorganization Plan
Loan #: ▇▇▇▇▇4277
Property Address: 85 Brower Ave, Woodmere, NY 11598

**Invoice Submitted To:**
Ocwen Loan Servicing,
1661 Worthington Rd. Suite 100,
West Palm Beach, FL 33409
561-682-8000

**Payment Information:**
Confirmation #: ▇▇▇▇▇▇
Method: ACH
Payment Date: 12/14/2018

| LINE # | EXPENSE CODE | CATEGORY CODE | DESCRIPTION | SERVICE DATE | AMOUNT |
|---|---|---|---|---|---|
| 1 | FB42 | FB4204 | Objection to Confirmation- (Recoverable from Borrower) | 12/03/2018 | $500.00 |
|  |  |  |  | **Total:** | $500.00 |

rt Bankruptcy Plan Objection Plan Objections         a
We are entitled to recover the fees for a plan objection pursuant to the language in the loan documents.

Invoice management powered by:  

04/15/2019 12:17:35 UTC Status: Approved

# Invoice # ▇▇▇▇▇▇

**INVOICE DATE:** 11/29/2018

**Invoice Submitted By:**
RAS Boriskin LLC - RAS Boriskin LLC
6409
Congress Ave Suite 100
Boca Raton FL 33487
516-280-7675
Vendor ID # ▇▇▇▇▇▇

**Order Information:**
Order #: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Order Date: 11/08/2018
Order Type: Reorganization Plan
Loan #: ▇▇▇▇▇▇4277
Property Address: 85 Brower Ave, Woodmere, NY 11598

**Invoice Submitted To:**
Ocwen Loan Servicing,
1661 Worthington Rd. Suite 100,
West Palm Beach, FL 33409
561-682-8000

**Payment Information:**
Confirmation #: ▇▇▇▇▇▇
Method: ACH
Payment Date: 12/11/2018

| LINE # | EXPENSE CODE | CATEGORY CODE | DESCRIPTION | SERVICE DATE | AMOUNT |
|---|---|---|---|---|---|
| 1 | FB42 | FB4212 | Review of Plan and Notice of Appearance-(Rec from Brwr) | 11/26/2018 | $150.00 |
| | | | | **Total:** | $150.00 |

rt Bankruptcy Plan Review Plan Review a     We are entitled to recover the fees for a plan review pursuant to the language in the loan documents. As per BKPLN 11-27-2018

Invoice management powered by: 

04/15/2019 12:17:48 UTC Status: Approved

Case Number: 18-77472-AST

AITNO: Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Quest Trust 2005-X2, Asset Backed Certificates, Series 2005-X2